Xiaohua Huang
P.O. Box 1639, Los Gatos, CA95031
Tel: 669-273-5633
Email: xiaohua_huang@hotmail.com
*Pro Se*  Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Xiaohua Huang  *Pro Se*  Plaintiff(s), vs. Big Data Supply,Inc.  Defendant(s) | Case Number: 8:21−cv−0282−JVS−JDE  HON. JAMES V. SELNA  **MR. Xiaohua Huang's supplement to his further rule 11 notice filed as Dkt.No.47 with support** |

Plaintiff Xiaohua Huang respectfully submits this notice as supplement to his rule 11 notice Dkt.No.47 on Mr. Story's continued frivolous cheating and fraud, vexatious harassing and threatening conduct, see the emails in Exhibit 1.

### I.  Factual Background

1. **May 4,2021-May5,2021**

   **Mr.Stroy's continued vexatious harassing conduct**

In the Morning of May 4, 2021 Mr. Story sent me Email 1 to soliciting settlement offer:

"*Paul,   To the extent you are interested in resolving your case against Big Data Supply, please provide your current settlement demand.*

*Brandon Stroy*"

In the afternoon of May 4, 2021 Mr. Story sent me Email 2 and propose to use withdrawing his malicious fraud in his filing Dkt.No.27 as condition to dismiss this case:

"*I propose the following. While the opposition to your notice regarding*

1

*sanctions was appropriate and while the statements made therein are accurate, I am nonetheless willing to request that the opposition to your sanctions notice be withdrawn if you agree to drop your claims against Big Data Supply and to not sue them again.*

*XXXXXXXXXXXXXXX*

  *Brandon Story "*

  In the morning of May 5, 2021 Mr. Story sent me Email 3 to further remind me to settle this case:

*"Paul, If you are not interested in settling the case, XXXXXXXXXXXXXXXXX*

*Brandon Story"*

   In the afternoon of May 5, 2021 I replied Mr. Stroy's Email 1 in Email 4:

*"Mr. Stroy,*
   *Would you and your client make an offer first to show your good faith if you and your clients want to resolve this case.*
   *---Paul Huang "*

Mr. Story responded my Email 4 instantly in Email 5:

*"Paul,*
   *I reiterate my offer from yesterday.*
   *If you drop your claims against Big Data Supply and agree not to sue them again in the future, Big Data Supply will drop all of its counterclaims against you, will not seek to enjoin you from bringing further litigations against other companies, and will withdraw its Opposition to your sanctions notice, to which you objected yesterday.*
   *This resolution will permit you to assert your patents against other parties immediately, unencumbered by the record in this case or a potential injunction.*
   *XXXXXXXXXXXXXX*
   *Brandon Stroy"*

   Mr. Story wants to use to withdraw his personal attack& defamation to Plaintiff and malicious fraud as exchange condition to dismiss this case.

   **2. March 11, 2021-March 29, 2021**
   **Mr. Story guided CEO of Defendant to pretend discuss settlement**

2

**directly with Plaintiff Mr.Huang**

From March 11, 2021 to March 29, 2021 Mr. Story guided his Client Mr. Musil(CEO of Big Data Supply, Inc.) pretend to discuss the settlement directly with Plaintiff Mr. Huang while Mr. Musil lied that Mr. Story is not involved the negotiation. On March 23 the two parties reached 1st Agreement: Mr. Huang license US patent 6744653 and RE45259 to Big Data Supply, Inc. for $25,000. Under Mr. Story's guidance Mr. Musil signed the agreement with extra terms added that require Mr. Huang to license all the patents which Mr. Huang now owns and will own in the future. On March 25 the two parties (Plaintiff and Defendant) reached 2nd agreement Mr. Huang licensed US patent 6744653, 6999331,7652903 and RE45259 at $35,000. At Mr. Musil's request Mr.Huang signed 2nd Agreement, but Mr. Musil delayed signing the 2nd agreement with excuses, then Mr. Story filed answer and counterclaims to complaint and told Mr. Huang not to contact Mr.Musil any more.

### 3. March 29,2021-April 30,2021

**Mr. Story filed his well prepared personal attack to Mr. Huang with Fraud, petition to transfer and motion to Stay this case, threatening to file further Sanction to Mr. Huang and request to delay the Discovery.**

On March 29, 2021 Mr. Story deliberately filed answer and counter claim to the complaint three days past the deadline to cheat the rule, then called Mr. Huang and irritated Mr. Huang with the language that " Mr. Story went law school, Mr. Huang did not go to law school, so Mr. Story has better understanding than Mr. Huang on the rules." Mr. Story further threatened Mr. Huang if Mr. Huang filed motion to strike his answer and counter claim that he will file rule 11 motion to the Court to sanction Mr. Huang in email. After Mr. Huang filed motion to strike his answer &counter claim and notice of rule11 on his threatening conduct Mr. Story filed Dkt. No.26 and Dkt. No. 27 to make personal attack and defamation to Mr.Huang with the fraud content from previous case ( Huang v. Huawei etc.).

Mr. Story further sent email to Mr.Huang to threaten to file motion to the Court to sanction me not allowed to file further complaint on patent infringement. Mr. Story filed petition to JPML to transfer and consolidate this case to N.D. California, filed motion to stay this cases, asked Mr. Huang to dismiss this case with exchange condition to withdraw his petition to JPML.

## II.  Argument

Mr. Story accused me as frivolous and vexatious litigant in each and every his filings. In fact Mr. Story is a frivolous and vexatious litigant with very bad faith based his conduct from March 11, 2021 to May5, 2021. Rather than focusing on Discovery of the evidence to prove the case Mr.Stroy have played all his tactics first to trap Mr. Huang to waste all his time with Mr. Musil on effort of settlement discussion, then he filed many pleadings to attack Mr. Huang personal with Fraud from the previous case and petition to JPMLto transfer this case to N.D. California and filed motion to stay this case, in the same time repeatedly sent email to ask Mr. Huang to dismiss this cases with withdraw petition to JPML as exchange condition. After his petition to JPML was denied on April 29, 2021 Mr. Story, in his Rule 26(f) report filed on May 3, 2021, further threaten to file motion to have Mr. Huang barred from filing future *pro se* actions under the All Writs Act, 28 U.S.C. § 1651(a). which he threatened in Email 13 of Exhibit 2 on April 21,2021, motion to transfer this case to N.D. California again, request the Court to delay the Discovery,  file rule 12(b)(6) motion to dismiss Plaintiff 's 1st amended complaint despite that he already responded 1st amended complaint in Dkt.No.26.
On May 4, 2021 Mr. Story continued to cheat and harass Mr. Huang three email within 24hour to solicit Mr. Huang to discuss further settlement of this case. After Mr. Huang sincerely respond his settlement request Mr. Story instantly brought up his true purpose that he has filed personal attack  in Dkt. No. 26 and Dkt.No.27 to Mr. Huang with  fraud  he forged based on Defendant's fraud in previous cases in Email5 of Exhibit 1. Mr. Story wants Mr. Huang to dismiss this case with

exchange condition that he would withdraw his filing of Dkt. No.27 which are full of personal attack to Mr. Huang with all the Fraud Mr.Stroy forged based on the Fraud made by Defendant of the cases in the past.

### III.    Conclusion

Mr. Story sent more than 10 emails to harass and threaten Mr. Huang with fraud in less than one month ( Exhibit 1 and Exhibit 2) beside his numerous filings and motions. Mr. Story's conduct in this case has shown that Mr. Story has not only been frivolous to cheat his Client and the Hon.Court with fraud, but also been vexatious to harass and threaten Plaintiff with bad faith.

Plaintiff respectfully report those factual evidence to the Hon. Court for reference to make discreet decision.

Dated: May 6, 2021                    Respectfully Submitted,

                                      Xiaohua Huang
                                      P.O. Box 1639, Los Gatos CA95031
                                      Tel: 669 273 5633
                                      Email: paul_huang1010@outlook.com

Exhibit 1
Exhibit 2

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was mailed to the Clerk of the Court and will be filed with the Court's CM/ECF system which will provide notice on all counsel deemed to have consented to electronic service. Defendant and All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing document by mail and email on this day.

Dated: May 6, 2021
By /S/ Xiaohua Huang