# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. SACV 21-282 JVS(JDEx) | Date May 13, 2021 |
| Title Xiaohua Huang v. Big Data Supply Inc. | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | None |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** [IN CHAMBERS] ORDER TO SHOW CAUSE

The May 17, 2021 Scheduling Conference is continued to June 7, 2021 at 10:00 a.m. Defendant Big Data Supply, Inc's Motion to Transfer to the Northern District of California [53] will also be heard on June 7, 2021 at 10:00 a.m.

The parties have filed separate Rule 26(f) reports (Docket Nos. 43, 48), rather than the required joint report. (Local Rule 26-1.) The parties are ordered to show cause in writing no later than May 24, 2021 why the complaint and/or answer should not be stricken and/or counsel should not be sanctioned for failure to file a joint report. The filing of a joint report no later than May 24, 2021 shall be deemed an adequate response.

: 0

Initials of Preparer  lmb