UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 21-282 JVS (JDEx)                                Date  September 15, 2021

Title  Xiaohua Huang v. Big Data Supply Inc.

Present: The Honorable  **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

Not Present                                                          Not Present

**Proceedings:**  **[IN CHAMBERS] ORDER TO SHOW CAUSE**

  Plaintiff Xiaohua Huang ("Huang") filed a motion to disqualify Big Data Supply, Inc.'s ("Big Data) counsel Branson Stroy ("Stroy").  (Docket No. 109.)  Huang personally signed the pleading.

  Rule 11 of the Federal Rules of Civil Procedure provides in part:

(b) Representations to the Court. By presenting to the court a pleading, written motion, or other paper--whether by signing, filing, submitting, or later advocating it--an attorney or unrepresented party certifies that to the best of the person's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances:
(1) it is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
(2) the claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law;
(3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and

(Fed. R. Civ. P. 11(b).)

  Pursuant to Rule 11(c)(3), Huang is ordered to show cause in writing within 20 days why he should not be sanctioned for violating Rule 11(b)(1), (2), and (3) by

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 21-282 JVS (JDEx) | Date | September 15, 2021 |
| Title | Xiaohua Huang v. Big Data Supply Inc. | | |

signing and filing the disqualification motion.  Among the sanctions the Court may consider are ordering Huang to reimburse Big Data for its costs and fees in responding to the motion.

|  |  : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |