UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 21-282 JVS (JDEx) | Date | September 20, 2021 |
| Title | Xiaohua Huang v. Big Data Supply, Inc. | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS] Order Regarding Motion for Sanctions and Dismissal**

Despite the relatively brief life of this case, plaintiff Xiaohua Huang ("Huang") has filed more than fifty motions. There has been substantial duplication, a consistent pattern of an absence of merit, and on some occasion simply frivolous presentation. Mr. Huang's manner of proceeding is inconsistent with Rule 1 of the Federal Rules of Civil Procedure 1,[1] wasteful of the Court's resources, and has imposed an unreasonable burden on the defendant. The Court now takes the following action.

Huang shall show cause in writing within seven days why the Court should not enter the following order:

Huang shall file no motion or application, other than the application which this Order directs, until he first presents, and the Court has ruled on, an application of no more than three pages:

- Stating that he has complied with Local Rule 7-3.

- Certifying that the motion or application is not duplicative of any prior filing.

---

[1] "These rules govern the procedure in all civil actions and proceedings in the United States district courts, except as stated in Rule 81. They should be construed, administered, and employed by the court and _the parties_ to secure _the just, speedy, and inexpensive_ determination of every action and proceeding." (Fed. R. Civ. P. 1; emphasis supplied.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 21-282 JVS (JDEx) | Date | September 20, 2021 |
|---|---|---|---|
| Title | Xiaohua Huang v. Big Data Supply, Inc. | | |

• The relief sought and the basis therefor.

                                                      : 0

Initials of Preparer     lmb