# JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Xiaohua Huang,<br><br>*Pro Se* Plaintiff,<br><br>v.<br><br>Big Data Supply, Inc.<br><br>Defendant. | Case No. 8:21-cv-0282-JVS-JDE<br><br>**ORDER**<br><br>Judge: Hon. James V. Selna |

Plaintiff Xiaohua Huang and Defendant Big Data Supply, Inc. have filed a Joint Stipulation seeking dismissal with prejudice of each party's claims and defenses in this action.

Having reviewed the stipulation, this Court finds that good cause exists to **DISMISS** all claims and counterclaims in this action **WITH PREJUDICE**. Each party shall bear its own costs.

Dated: November 05, 2021

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE